SULLIVAN v. RAHTIGAN ET AL.

1. **Practice in Supreme Court:** EQUITY CASE: EVIDENCE WANTING: JUDGMENT AFFIRMED.

*Appeal from Dubuque Circuit Court.*

FRIDAY, JUNE 5.

ACTION IN EQUITY. Decree for the plaintiff, and the defendants appeal.

*H. T. McNulty*, for appellants,

*McCeney & O'Donnell*, for appellee.

SEEVERS, J.—The point is made by counsel for the appellee

that the abstract does not purport to contain all the evidence, and upon looking into to it we find the point made is well taken.   The result is that the judgment of circuit court must be                                                            AFFIRMED.